UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TARA JARRELL                         CIVIL ACTION

VERSUS                              NUMBER: 17-05534

NANCY A BERRYHILL, ACTING           SECTION: "J"(5)
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

**ORDER**

The Court, having considered the record, the applicable law, the Parties' Cross-Motions for Summary Judgment (Rec. Docs. 16, 17), the Magistrate Judge's Report and Recommendation (Rec. Doc. 18), and the objections to the Magistrate Judge's Report and Recommendation (Rec. Doc. 19), hereby **OVERRULES** Plaintiff's objections and approves the Magistrate Judge's Report and Recommendation and **ADOPTS** it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's *Motion for Summary Judgment* **(Rec. Doc. 16)** is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's *Motion for Summary Judgment* **(Rec. Doc. 17)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims are hereby **DISMISSED** with prejudice.

New Orleans, Louisiana, this 10th day of July, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE